| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>kmcdonald@kmllawgroup.com<br>Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper |

Case No: <u>19-30081 ABA</u>

| In Re:<br>Vincent G. Iannuzzi<br>Kathleen M. Iannuzzi<br><br>                    Debtor |
|---|

Chapter: <u>13</u>

Judge: Andrew B. Altenburg Jr.

# NOTICE OF APPEARANCE

    Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date:10/29/2019                             **/s/Kevin G. McDonald, Esquire**
                                            Kevin G. McDonald, Esquire
                                            **KML Law Group, P.C.**
                                            216 Haddon Avenue, Ste. 406
                                            Westmont, NJ 08108
                                            (609) 250-0700 (NJ)
                                            (215) 627-1322 (PA)
                                            FAX: (609) 385-2214
                                            Attorney for Movant/Applicant

*new 8/1/15*