Certificate Number: 15111-NJ-DE-033758473

Bankruptcy Case Number: 19-30081



15111-NJ-DE-033758473

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 27, 2019</u>, at <u>1:12</u> o'clock <u>PM EST</u>, <u>Vincent G. Iannuzzi</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 27, 2019</u>　　　　By:   <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

　　　　　　　　　　　　　　　　　　Name:  <u>Ryan McDonough</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Executive Director of Education</u>