Certificate Number: 15111-NJ-DE-033758479

Bankruptcy Case Number: 19-30081



15111-NJ-DE-033758479

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 27, 2019</u>, at <u>1:12</u> o'clock <u>PM EST</u>, <u>Kathleen M. Iannuzzi</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 27, 2019</u>          By:   <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>