| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>833822<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for MTGLQ INVESTORS LP | |
| In Re:<br><br>VINCENT G. IANNUZZI<br>KATHLEEN M. IANNUZZI | Case No: 19-30081 - ABA<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>MTGLQ INVESTORS LP</u> with regards to its mortgage. Said Mortgage was recorded on March 5, 2008, Book 8780, Page 153 on the real property, located at 3360 WEST HOLLYWOOD CIRCLE, PENNSAUKEN, NJ 08109 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: December 24, 2019          /s/ Robert J. Davidow
                                  Robert J. Davidow, Esq.
                                  Phelan Hallinan Diamond & Jones, PC
                                  1617 JFK Boulevard, Suite 1400
                                  Philadelphia, PA 19103
                                  Tel: 856-813-5500 Ext. 47960
                                  Fax: 856-813-5501
                                  Email: Robert.Davidow@phelanhallinan.com