**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-30081-ABA** |
| | **CHAPTER 13** |
| **Vincent G. Iannuzzi,** | |
| Debtor | |
| **Kathleen M. Iannuzzi** | |
| Joint Debtor | |
| _____/ | |

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of MTGLQ INVESTORS, L.P. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

> RAS Crane, LLC
> Attorney for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170,
> Duluth, GA 30097
> Telephone: 470-321-7112
>
> By: /s/Harold Kaplan
> Harold Kaplan, Esquire
> Email: hkaplan@rasnj.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

VINCENT G. IANNUZZI
3360 W. HOLLYWOOD CIRCLE
PENNSAUKEN, NJ 08109

KATHLEEN M. IANNUZZI
3360 W. HOLLYWOOD CIRCLE
PENNSAUKEN, NJ 08109

AND VIA ELECTRONIC MAIL TO:

DANIEL L REINGANUM
MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08052

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Harold Kaplan
    Harold Kaplan, Esquire
    Email: hkaplan@rasnj.com