UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
DanielR@mcdowelllegal.com

Order Filed on October 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Vincent G. Iannuzzi
Kathleen M. Iannuzzi

                        Debtors.

| | |
|---|---|
| Case No.: | 19-30081-ABA |
| Chapter: | 13 |
| Judge: | Altenburg |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-30913-ABA  Doc 35  Filed 10/06/20  Entered 10/06/20 13:26:50  Desc Proposed Order    Page 2 of 2

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel L. Reinganum_____, the applicant, is allowed a fee of $ _____990.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____990.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____707.00_____ per month for _48 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-30081-ABA

Vincent G. Iannuzzi                                                                     Chapter 13

Kathleen M. Iannuzzi

     Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID                      Recipient Name and Address**
db/jdb                  +  Vincent G. Iannuzzi, Kathleen M. Iannuzzi, 3360 W. Hollywood Circle, Pennsauken, NJ 08109-2365

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

**Recip ID       Bypass Reason  Name and Address**
jdb                 *+                    Kathleen M. Iannuzzi, 3360 W. Hollywood Circle, Pennsauken, NJ 08109-2365

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed
below:**

**Name                                Email Address**

Daniel L Reinganum
                                            on behalf of Debtor Vincent G. Iannuzzi DanielR@McDowellLegal.com
                                            tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamis
                                            on@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Daniel L Reinganum
                                            on behalf of Joint Debtor Kathleen M. Iannuzzi DanielR@McDowellLegal.com
                                            tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamis
                                            on@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon
                                            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: Oct 14, 2020

Form ID: pdf903

Total Noticed: 1

Denise E. Carlon
> on behalf of Creditor MTGLQ INVESTORS LP dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
> on behalf of Creditor MTGLQ Investors  L.P. hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
> ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
> on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
> on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Maria Cozzini
> on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P.
> mcozzini@sternlav.com

Robert Davidow
> on behalf of Creditor MTGLQ INVESTORS LP nj.bkecf@fedphe.com

Sindi Mncina
> on behalf of Creditor MTGLQ INVESTORS LP smncina@rascrane.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12