UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-30081 |
| Vincent G. Iannuzzi and<br>Kathleen M. Iannuzzi | Judge: | ABA |
| | Chapter: | 7 |

**ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

The relief set forth on the following page is hereby **ORDERED**.

DATED:  November 4, 2020

/s/  Andrew B. Altenburg, Jr.
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

• amendments to previously filed schedules and statements as necessary,

• all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

• a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

• a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

• a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-30081-ABA

Vincent G. Iannuzzi                                                                       Chapter 7

Kathleen M. Iannuzzi

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                Page 1 of 2
Date Rcvd: Nov 04, 2020                       Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Vincent G. Iannuzzi, Kathleen M. Iannuzzi, 3360 W. Hollywood Circle, Pennsauken, NJ 08109-2365 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Vincent G. Iannuzzi DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;L.wood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Joint Debtor Kathleen M. Iannuzzi DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;L.wood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS LP dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Nov 04, 2020                           Form ID: pdf903                           Total Noticed: 1

Harold N. Kaplan

on behalf of Creditor MTGLQ Investors  L.P. hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Maria Cozzini

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P.
mcozzini@sternlav.com

Robert Davidow

on behalf of Creditor MTGLQ INVESTORS LP nj.bkecf@fedphe.com

Sindi Mncina

on behalf of Creditor MTGLQ INVESTORS LP smncina@rascrane.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12