UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-30081 |
| Vincent G. Iannuzzi and Kathleen M. Iannuzzi | Chapter: | 7 |
| | Judge: | Hon. ABA, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

__Maureen P. Steady__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenberg, Jr.__ on __January 5, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
3360 W. Hollywood Circle
Pennsauken, NJ  08109

$184,767.00

Liens on property:
$227,578.33

Amount of equity claimed as exempt:
n/a

Objections must be served on, and requests for additional information directed to:

Name:     Maureen P. Steady, Chapter 7 Trustee
Address:  2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Vincent G. Iannuzzi  
Kathleen M. Iannuzzi  
    Debtor(s)

Case No. 19-30081-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 04, 2020      Form ID: pdf905      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent G. Iannuzzi, Kathleen M. Iannuzzi, 3360 W. Hollywood Circle, Pennsauken, NJ 08109-2365 |
| cr | + | MTGLQ INVESTORS LP, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | MTGLQ Investors, L.P., RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518528540 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 518528541 | + | Asset Maximization Group, Attn: Bankruptcy, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 518528542 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518528545 | + | E-R Fuel Co., Inc., ATTN: Linda Rupertus, Registered Agent, 44 Harvard Road, Audubon, NJ 08106-1298 |
| 518626976 | | Emergency Physician Associate of S. Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518528546 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518528547 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518528548 | + | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 518528549 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518528551 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518807303 | | MTGLQ Investors, L.P., P.O. Box 10826, Greenville SC 29603-0826 |
| 518528553 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518545222 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, KML Law Group, P.C., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 518949078 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing as, Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Roseland, NJ 07068-1640 |
| 518613076 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518528555 | + | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 518594169 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd, #247, Blasdell NY 14219-2553 |
| 518528556 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518528557 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518528558 | | State of New Jersey, Dept. of Labor and Workforce, Benefit Payment Control, PO BOX 951, Trenton, NJ 08625-0951 |
| 518528559 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518528561 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2020 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518528543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 22:32:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518528544 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 04 2020 22:34:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 518528550 | | Email/Text: jill@ffcc.com | Dec 04 2020 22:31:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 518528552 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 04 2020 22:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518542957 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2020 01:18:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518528554 | + Email/Text: bnc@nordstrom.com | Dec 04 2020 22:31:07 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518629403 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 04 2020 22:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518624082 | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2020 22:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518528560 | Email/Text: tax@twp.pennsauken.nj.us | Dec 04 2020 22:30:00 | Township of Pennsauken, Attn: Tax Office, 5605 N. Crescent Blvd, Pennsauken, NJ 08110 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518932668 | *+ | MTGLQ Investors, L.P., P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Vincent G. Iannuzzi DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Joint Debtor Kathleen M. Iannuzzi DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS LP dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor MTGLQ Investors L.P. hkaplan@rasnj.com, informationathnk@aol.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf905 | Total Noticed: 36 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Maria Cozzini
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. mcozzini@sternlav.com

Maureen P. Steady
    trustee@kurtzmansteady.com  mps@trustesolutions.net

Robert Davidow
    on behalf of Creditor MTGLQ INVESTORS LP nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor MTGLQ INVESTORS LP smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12